# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS KERLINSKY,<br>    Plaintiff(s)<br><br>        v.<br><br>SANDOZ INC., ET AL.,<br>    Defendant(s) | )<br>)<br>)<br>)   CIVIL ACTION NO. 3:09-cv-30136 -MAP<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendants Sandoz Inc., et al., against the plaintiff Louis Kerlinsky, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: May 9, 2011         By /s/ *Maurice G. Lindsay*
                                                    Maurice G. Lindsay
                                                    Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                                                  [jgm.]